# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. SIMPSON III,<br>    Plaintiff,<br><br>v.<br><br>CARLISLE CONSTRUCTION MATERIALS, LLC, d/b/a CARLISLE SYNTEC SYSTEMS,<br>    Defendant. | Docket No. 1:21-CV-1738<br><br>(Judge Conner) |

## MEDIATION REPORT

In accordance with this Honorable Court's mediation order, a mediation conference was held on July 19, 2022, and the results of that conference are indicated below:

  X The case has been settled and counsel is working on a formal agreement.

    No settlement reached.

    The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

DATE: August 3, 2022

            By: */s/ Jonathan D. Koltash*
               JONATHAN D. KOLTASH
               **Mediator**